UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| TERESA J. TURNER, | ) | | |
| | ) | | |
| Petitioner, | ) | | |
| | ) | | |
| v. | ) | Nos. | 3:16-CV-511 |
| | ) | | 3:14-CR-02 |
| UNITED STATES OF AMERICA, | ) | | *Judge Jordan* |
| | ) | | |
| Respondent. | ) | | |

## JUDGMENT

In accordance with the accompanying Memorandum Opinion, this federal prisoner's pro se motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 [Doc. 1] is **DENIED** and **DISMISSED WITH PREJUDICE**. The Court **CERTIFIES** that any appeal from this action would not be taken in good faith, Fed. R. App. P. 24(a), and **DENIES** Petitioner leave to proceed *in forma pauperis* on appeal. Finally, the Court **DENIES** issuance of a Certificate of Appealability. Fed. R. App. P. 22(b).

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
　s/ John Medearis
　　CLERK OF COURT